## RECONSIDERATION DOCKET

**94–2284.** Redman v. Ohio Dept. of Indus. Relations. *Franklin County,* Nos. 93APE12–1670 and 93APE12–1671. Reported at 75 Ohio St.3d 399, 662 N.E.2d 352. On motion for reconsideration. Motion denied.

Douglas and F.E. Sweeney, JJ., dissent.

Stratton, J., not participating.